[No. 22393-1-III. Division Three. February 8, 2005.]

THE STATE OF WASHINGTON, *Respondent*, v. DESIREE PENA, *Petitioner*.

Appeal from a judgment of the Superior Court for Okanogan County, No. 03-2-00413-0, Jack Burchard, J., entered August 26, 2003. *Affirmed* by unpublished opinion per Sweeney, A.C.J., concurred in by Kurtz and Brown, JJ.

[No. 22471-6-III. Division Three. February 8, 2005.]

*In the Matter of the Marriage of* KATHRYN H. SALES, *Respondent*, and RANDY L. SALES, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 80-3-00635-3, Paul A. Bastine, J., entered October 16, 2003. *Affirmed* by unpublished opinion per Brown, J., concurred in by Sweeney, A.C.J., and Schultheis, J.

[No. 22629-8-III. Division Three. February 8, 2005.]

THE STATE OF WASHINGTON, *Respondent*, v. GEORGE E. DYKSTRA, JR., *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 02-1-02495-6, Tari S. Eitzen, J., entered December 12, 2003. *Affirmed* by unpublished opinion per Sweeney, A.C.J., concurred in by Kurtz and Brown, JJ. Now published at 127 Wn. App. 1.

[No. 22746-4-III. Division Three. February 8, 2005.]

THE STATE OF WASHINGTON, *Respondent*, v. LUKE HEPLER, *Appellant*.

Appeal from a judgment of the Superior Court for Columbia County, No. 03-8-00023-1, William D. Acey, J., entered January 22, 2004. *Affirmed* by unpublished opinion per Kato, C.J., concurred in by Schultheis and Brown, JJ.